

# THE THIRTEENTH COURT OF APPEALS

## 13-12-00605-CR

MARIA ALMAGUER
v.
THE STATE OF TEXAS

On Appeal from the
93rd District Court of Hidalgo County, Texas
Trial Cause No. CR-217-09-B

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be vacated in part and affirmed in part. The Court orders the judgments of the trial court VACATED IN PART, and AFFIRMED IN PART.

We further order this decision certified below for observance.

October 9, 2014